IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO 17-3246 MV |
| ) | |
| vs. ) | 18 U.S.C. §1594(c): Conspiracy to |
| ) | Commit Sex Trafficking. |
| **KERON LUCIOUS**, ) | |
| ) | |
| Defendant. ) | |

### SUPERSEDING INFORMATION

The United States Attorney charges:

Between on or about April 2017 and June 2017, in Bernalillo County, in the District of New Mexico, **KERON LUCIOUS**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed and acted interdependently with Breaunna Langton, Devin Perkins, Jason Jackson, and other known and unknown to the United States Attorney to commit Sex Trafficking, as defined in 18 U.S.C. § 1591(a)(2) and (b)(2).

In violation of 18 U.S.C. § 1594(c).

Respectfully Submitted,

FRED J. FEDERICI
Acting United States Attorney

*[signature]*

LETITIA CARROLL SIMMS
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274