AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 17-CR-3246 |
| KERON LUCIOUS ) | |
| ) | |
| *Defendant* ) | |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/5/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Douglas E. Couleur
*Printed name of defendant's attorney*

_____
*Judge's signature*

Laura Fashing, United States Magistrate Judge
*Judge's printed name and title*