UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| CR No. | 17-3246-MV | | USA vs. | Lucious | |
|---|---|---|---|---|---|
| Date: | January 26, 2022 | | Name of Deft: | Keron Lucious | |
| Before the Honorable | | Martha Vázquez | | | |

| Time In/Out: | 9:40 a.m. / 11:05 a.m. | Total Time in Court (for JS10): | 1 hour, 25 minutes |
|---|---|---|---|
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Letitia Simms | Defendant's Counsel: | Douglas Couleur |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | |

| Probation Officer: | Jeff Tanny, Chris Aguilar | | Sworn? | | Yes | | No |
|---|---|---|---|---|---|---|---|

| Convicted on: | X | Plea | | Verdict | As to: | X | Superseding Information | | Indictment |
|---|---|---|---|---|---|---|---|---|---|

| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | |
|---|---|---|---|---|---|---|

| If Plea Agreement: | X | Accepted | | Not Accepted | | No Plea Agreement | Comments: | |
|---|---|---|---|---|---|---|---|---|

| Date of Plea/Verdict: | 8/19/21 | PSR: | | Not Disputed | X | Disputed |
|---|---|---|---|---|---|---|

| PSR: | X | Court Adopts PSR Findings | Evidentiary Hearing: | X | Not Needed | | Needed |
|---|---|---|---|---|---|---|---|

| Exceptions to PSR: | **Court grants defendant's objection to the two-level vulnerable victim enhancement** |
|---|---|

| **SENTENCE IMPOSED** | Imprisonment (BOP):   60 months |
|---|---|

| Supervised Release: | 5 years | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for        months        days | |
| X | Substance abuse testing (up to 60 tests per year) | | Community service for        months        days | |
| X | Substance abuse treatment program (waive confidentiality) | X | Reside residential reentry center up to 6 months | |
| X | Mental health treatment program (waive confidentiality) | X | Register as sex offender, sex offender assessment, if there are any conditions not recommended in the assessment, the Court will amend conditions | |
| X | No alcohol/intoxicants (up to 4 tests per day) | X | Participate in sex offender treatment program , assessment to be provided to defense counsel | |
| | Submit to search of person/property | X | Possess no sexual material, if recommended in assessment | |
| X | No contact with victim(s) and/or co-Deft(s) | X | Computer monitoring program | |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years | |
| | Provide financial information | | No volunteering where children supervised | |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children | |
| X | No psychoactive substances | | No loitering within 100 feet of school yards | |
| X | OTHER: Educational or vocational program.   Defendant to write letter to Court and let her know what type of vocational training he would like to pursue.   Literacy program, obtain GED while on supervised release, financial literacy course.   Provide financial information on income and expenses to his probation officer, and work with his probation officer to develop a budget and establish a savings account. | | | |

| Fine: | $ | **0** | Restitution:   $ | **0 (Open for 90 days)** |
|---|---|---|---|---|

| SPA: | $ | 100 | ($100 as to each Count) | Payment Schedule: | X | Due during period of supervision | | Waived |
|---|---|---|---|---|---|---|---|---|

| OTHER: | Court finds the defendant is indigent and does not impose JVTA |
|---|---|

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | |
|---|---|---|
| | Recommended place(s) of incarceration: | |
| | Dismissed Counts: | |

| OTHER COMMENTS | Court addresses defendant.   Defense counsel addresses Court regarding objections to the PSR.   Government counsel addresses Court regarding objections to the PSR.   Defense counsel addresses sentencing matters. Defendant addresses Court and introduces his mother present in the courtroom.   Court addresses defendant. Government counsel addresses Court.   Defense counsel responds.   Court addresses defendant and imposes sentence.   Defense counsel addresses Court regarding placement at the residential reentry center, requesting that defendant "may" rather than "shall" reside there, be imposed depending on whether defendant's wife obtains a suitable residence.   Court advises that she will allow probation to do a home visit and inspection and make a determination at that time.   Court advises that since the condition is for "up to six months," probation also has the opportunity, once the defendant is at the halfway house and has been set up with employment, and counseling, to then allow him to go to a new residence. |
|---|---|